In the Matter of the Application of ANTONINO PATERNA, Relator, for a Certiorari Order against THE ALCOHOLIC BEVERAGE CONTROL BOARD OF THE STATE OF NEW YORK and THE NEW YORK STATE LIQUOR AUTHORITY, Consisting of EDWARD P. MULROONEY, Chairman, and EDWARD SCHOENECK and Others, Commissioners, Respondents.— Certiorari proceeding to review the determination of the State Liquor Authority revoking relator's license. Determination of the State Liquor Authority unanimously confirmed and certiorari proceeding dismissed, with twenty-five dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Tompkins, Davis and Johnston, JJ.

In the Matter of the Application of LEROY ROBINSON, Appellant, for an Alternative Prohibition Order against DANIEL BECKER, Esq., as a Magistrate and as Recorder of Recorder's Court, a Court of Special Sessions of the City of Newburgh, Respondent.— Order denying motion for an order prohibiting respondent, as a magistrate and as recorder of the city of Newburgh, from proceeding with the trial of defendant under an information charging him with a violation of section 940 of the Penal Law. Order unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Johnston, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the ORANGE COUNTY TRUST COMPANY, as Trustee under the Last Will and Testament of PETER TURNER, Deceased. HARRIET T. YOUNG, Appellant; ORANGE COUNTY TRUST COMPANY, as Trustee, etc., of PETER TURNER, Deceased, Respondent.— Decree of the Surrogate's Court of Orange county judicially settling the account of trustee unanimously affirmed, with costs to appellant and respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Johnston, JJ.